**Opinion filed September 20, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00133-CV

_____

## IN THE INTEREST OF S.T.K., A CHILD

**On Appeal from the 1st Multicounty Court at Law**
**Fisher County, Texas**
**Trial Court Cause No. DC-2017-0011**

### M E M O R A N D U M   O P I N I O N

Appellant, the father of S.T.K., has filed in this court a motion to dismiss his appeal. In the motion, Appellant asserts that reversal of the trial court's judgment would be unlikely and that he, instead, desires to proceed in the trial court with another motion to modify. He prays that this court dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

September 20, 2018                                                  PER CURIAM

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.